**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael Lee PHILLIPS, Defendant–Appellant.**

No. 02–50125.

D.C. No. CR–01–02997–GT.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 7, 2002.*

Decided Oct. 11, 2002.

Before FERNANDEZ, GRABER, and GOULD, Circuit Judges.

MEMORANDUM**

Michael Lee Phillips appeals the 24–month sentence imposed following his

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

guilty plea conviction for one count of importation of 39.94 kilograms of marijuana in violation of 21 U.S.C. §§ 952 and 960. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we dismiss.

We lack jurisdiction to review the district court's discretionary decision not to grant a fast track departure. *See United States v. Gomez–Gutierrez,* 140 F.3d 1287, 1289 (9th Cir.1998). Accordingly, we dismiss the appeal.

**APPEAL DISMISSED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.